USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT  United States Court of Appeals For the First CircuitNo. 96-2369 GAIL MERCHANT IRVING, Plaintiff, Appellant, v. UNITED STATES OF AMERICA, Defendant, Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Steven J. McAuliffe, U.S. District Judge] Before Torruella, Chief Judge, Bownes, Senior Circuit Judge, Selya, Boudin, Stahl, Lynch and Lipez, Circuit Judges.  Paul R. Cox, with whom Matthew B. Cox and Burns, Bryant,Hinchey, Cox & Rockefeller, P.A. were on brief, for appellant. Phyllis J. Pyles, Attorney, Torts Branch, Civil Division, withwhom Frank W. Hunger, Assistant Attorney General, Paul M. Gagnon,United States Attorney, and Jeffrey Axelrad, Attorney, TortsBranch, Civil Division, were on brief, for appellee. ______________________ OPINION EN BANC _______________________ December 18, 1998 _______________________ Per Curiam. We dismiss this appeal as moot in view ofour resolution today of the government's cross-appeal (No. 96-2368). Dismissed.